FILED

2005 DEC 28   A 3: 47

CLERK US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
6  Attorneys for Defendant
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9               EASTERN DISTRICT OF CALIFORNIA
10
   ROSE M. DUNCAN,                    )    1:05-cv-0884 REC TAG
11                                     )
                  Plaintiff,           )    STIPULATION AND ORDER
12                                     )    TO EXTEND TIME
                                       )
13          v.                         )
                                       )
14                                     )
   JO ANNE B. BARNHART,                )
15 Commissioner of Social             )
   Security,                          )
16                                     )
                  Defendant.           )
17 _____)
18      The parties, through their respective counsel, stipulate
19 that defendant's time to respond to plaintiff's confidential
20 letter brief be extended from December 27, 2005 to January 26,
21 2005.
22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1    This is defendant's first request for an extension of time

2    to respond to plaintiff's confidential letter brief.  Defendant

3    needs the additional time to further review the file and prepare

4    a response in this matter.

5
                                Respectfully submitted,
6

7

8    Dated: December 20, 2005      /s/ Joel D. Leidner
                                   (As authorized via facsimile)
9                                  JOEL D. LEIDNER
                                   Attorney for Plaintiff
10

11

12   Dated: December 20, 2005      McGREGOR W. SCOTT
                                   United States Attorney
13

14
                                   /s/ Kristi C. Kapetan
15                                 KRISTI C. KAPETAN
                                   Assistant U.S. Attorney
16

17

18   IT IS SO ORDERED:
19

20

21   Dated: December 28, 2005

22                                 THE HONORABLE THERESA A. GOLDNER
                                   United States Magistrate Judge
23

24

25

26

27

28