# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE M. DUNCAN, | CASE NO. 1:05-CV-00884 REC TAG |
| Plaintiff, | ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge (Doc. 8, Attach. 1 and Doc. 12). Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c). The new case number shall be **1:05-CV-00884 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

Dated: **February 3, 2006**            /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

1