IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE M. DUNCAN, | 1:05-cv-0884 TAG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will direct an Administrative Law Judge ("ALJ") to take the following action:

1. The ALJ should give further consideration to the medical source opinions, particularly those of Drs. Chahil, Lopez, and Ayala, and give reasons if the opinions are not accepted.

2. The entire report of Dr. Chenn-Yow Fuh (Tr. 487) should be obtained, if available, and the claimant's heart condition should be further addressed.

3. Medical expert evidence regarding the medical issues in this case should be obtained, if appropriate.

4. The issue of whether the claimant can perform her past relevant work should be reevaluated and the sequential evaluation

process completed.

5. Vocational expert evidence should be obtained, if warranted.

6. Furthermore, the subsequent application filed in March 2004 should be associated with the earlier claim on remand.

7. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 26, 2006      /s/ Joel D. Leidner
                             (As authorized via facsimile)
                             JOEL D. LEIDNER
                             Attorney for Plaintiff


Dated: January 30, 2006
                             /s/ Allan P. Cohan
                             (As authorized via facsimile)
                             ALLAN P. COHAN
                             Attorney for Plaintiff

Dated: January 30, 2006      McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Kristi C. Kapetan
                             KRISTI C. KAPETAN
                             Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   **February 8, 2006**           **/s/ Theresa A. Goldner**
**j6eb3d**                              UNITED STATES MAGISTRATE JUDGE