```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE M. DUNCAN, ) | 1:05-cv-0884 REC TAG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| Defendant. ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will direct an Administrative Law Judge ("ALJ") to take the following action:

   1.  The ALJ should give further consideration to the medical source opinions, particularly those of Drs. Chahil, Lopez, and Ayala, and give reasons if the opinions are not accepted.

   2.  The entire report of Dr. Chenn-Yow Fuh (Tr. 487) should be obtained, if available, and the claimant's heart condition should be further addressed.

3. Medical expert evidence regarding the medical issues in this case should be obtained, if appropriate.

4. The issue of whether the claimant can perform her past relevant work should be reevaluated and the sequential evaluation process completed.

5. Vocational expert evidence should be obtained, if warranted.

6. Furthermore, the subsequent application filed in March 2004 should be associated with the earlier claim on remand.

7. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 26, 2006    /s/ Joel D. Leidner
                           (As authorized via facsimile)
                           JOEL D. LEIDNER
                           Attorney for Plaintiff


Dated: January 30, 2006
                           /s/ Allan P. Cohan
                           (As authorized via facsimile)
                           ALLAN P. COHAN
                           Attorney for Plaintiff

Dated: January 30, 2006    McGREGOR W. SCOTT
                           United States Attorney


                           /s/ Kristi C. Kapetan
                           KRISTI C. KAPETAN
                           Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: February 10, 2006   /s/ ROBERT E. COYLE
                           THE HONORABLE ROBERT E. COYLE
                           United States District Judge

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| ROSE M. DUNCAN, | ) | 1:05-cv-0884 REC TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **January 30, 2006,** she served a copy of the attached:

Stipulation and Order for Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g), and Request for Entry of Judgment in Favor of Plaintiff and Against Defendant

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the places(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

<u>SERVICE BY MAIL</u>

Joel D. Leidner
Attorney at Law
4622 Hollywood Blvd.
Los Angeles, CA 90027

/s/ Kristi C. Kapetan for
SHARILYN J. MARTIN

3