Joel D. Leidner, Esq.  (CSB #52559)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:  joel.leidner@igc.org

Counsel for plaintiff ROSE M. DUNCAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE M. DUNCAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:05-cv-00884 TAG<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount ONE THOUSAND, SIX HUNDRED and NINE DOLLARS and 25 cents ($1,609.25), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the Stipulation.

Dated: *February 23, 2006*

_____
THE HONORABLE THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE

-1-